## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

EMIR CIHAN YAZICI,              )
                                      )

         Plaintiff,            )         Civil Action No. 2:25 CV 1269
                                      )

         v.                )         District Judge J. Nicholas Ranjan
                                      )         Magistrate Judge Maureen P. Kelly

NISHANT MACHADO, *Managing*    )
*Partner/CEO*; DIVIDEND RESTAURANT  )        Re: ECF No. 26
GROUP, DRG HOLDING LLC, DRG    )
EMPLOYER LLC, SULLIVAN'S HOLDING  )
LLC, and DIVIDEND RESTAURANT    )
GROUP,                          )
                                      )
         Defendants.        )

### MEMORANDUM ORDER

Plaintiff Emir Cichan Yazici ("Plaintiff") brings this *pro se* civil rights action against Defendants Nishant Machado, Dividend Restaurant Group aka MAC Parent LLC or Mac Acquisition LLC, DRG Holding LLC, DRG Employer LLC, Sullivan's Holding LLC, and Dividend Restaurant Group formerly Sullivan's Steakhouse (collectively, "Defendants"). Plaintiff asserts claims for employment discrimination pursuant to 42 U.S.C. § 1981. ECF No. 4 at 3.

Pending before the Court is "Plaintiff's Motion to Consolidate Related Cases and Request for Clarification on Judicial Status." ECF No. 26. Plaintiff asks the Court to consolidate this action with Yazici v. MAC Parent LLC, No. 2:23-cv-658 (W.D. Pa.) ("Yaziki I"). Plaintiff also asks the Court to "clarify" whether it "intends to proceed with full adjudication" of this matter and if not, asks the Court to enter final judgment "to permit Supreme Court review without further delay." ECF No. 26 at 2.

Yazici I is pending before the United States Court of Appeals for the Third Circuit. See Yazici v. MAC Parent LLC, No. 25-2639 (3d. Cir. Aug. 25, 2025). In that case, Plaintiff appealed

this Court's Order that granted the defendants' Motion to Dismiss and granted Plaintiff leave to amend his claims for employment discrimination in violation of Title VII of the Civil Rights Act of 1964. Plaintiff filed a "Waiver of Right to Amend," Yazici I (Dkt. No. 73), stated that he does not intend to amend his pleadings, and asked the district court to dismiss the case. The matter is fully briefed before the Third Circuit.

Given the procedural status of Yazici I, the Court will deny without prejudice Plaintiff's Motion to Consolidate the two actions. Consolidation with an action that has been dismissed will not serve judicial economy or any other discernable purpose at this time. If the Third Circuit reverses the Order dismissing Yazici I and remands Plaintiff's case to permit his Title VII claims to proceed,  Plaintiff may renew his Motion to Consolidate.

As related to Plaintiff's Request for Clarification on Judicial Status, Plaintiff is advised that the pending Motion to Dismiss in this case, ECF No. 21, will be resolved in due course.

Accordingly, the following Order is entered:

AND NOW, this 10th day of March, 2026, IT IS HEREBY ORDERED that "Plaintiff's Motion to Consolidate Related Cases," ECF No. 26, is denied without prejudice. Plaintiff's "Request for Clarification on Judicial Status," also at ECF No. 26, is granted as explained in this Memorandum Order.

In accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rule 72.C.2 of the Local Rules of Court, the parties are allowed fourteen (14) days from the date of this Order to file an appeal to the District Judge which includes the basis for objection to this Order.  Any appeal

is to be submitted to the Clerk of Court, United States District Court, 700 Grant Street, Room 3110, Pittsburgh, PA 15219.  Failure to file a timely appeal will constitute a waiver of any appellate rights.

BY THE COURT:

*/s/  Maureen P. Kelly*
United States Magistrate Judge

cc:    The Honorable J. Nicholas Ranjan
       United States District Judge

       Plaintiff and all counsel of record by Notice of Electronic Filing