**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| EMIR CIHAN YAZICI, | ) | |
| | ) | |
| | ) | 2:25-cv-1269 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NISHANT MACHADO; *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This *pro se* civil-rights case was referred to Magistrate Judge Maureen P. Kelly for proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636, and the Local Rules of Court applicable to Magistrate Judges.

Pending before the Court is the R&R filed by Judge Kelly (ECF 37). No objections were filed. On careful review, the Court finds no clear error, and so adopts the R&R as the opinion of the Court. The complaint is hereby dismissed without prejudice, with leave to amend.[1]  Any amended complaint must be filed by **September 8, 2026**, unless Judge Kelly modifies this date.[2]

---

[1] Judge Kelly also recommended staying the case based on Defendants' claim-splitting argument, as "*Yazici I*" remained pending before the Third Circuit. ECF 37 at 10–11. Since Judge Kelly's R&R, the Third Circuit affirmed the dismissal of *Yazici I. Yazici v. Sullivan's of Pittsburgh, LLC et al.*, 23-cv-658 (Dkt. Entry Nos. 83 and 84). Consistent with Judge Kelly's R&R, should Mr. Yazici file an amended complaint in this matter, Defendants may file a motion to dismiss premised on *res judicata*. ECF 37 at 11.

[2] Mr. Yazici filed a notice of appeal from the R&R. That would ordinarily divest this Court of jurisdiction. *See Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58 (1982). However, he also filed a motion demanding prompt entry of final, appealable order. ECF 44. The Court construes these pleadings liberally as Mr. Yazici withdrawing his appeal.

BY THE COURT:

Dated: August 4, 2026

/s/ J. Nicholas Ranjan
United States District Judge

cc:
Emir Cihan Yazici
136 Crab Apple Way
Moon, PA 15108